UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CURTIS RAY HARRIS,

        Plaintiff,

v.

DON HARIG, et al.,

        Defendants.

CASE NO. C17-0813-RSM

ORDER DENYING IN FORMA PAUPERIS REQUEST

On May 24, 2017, Plaintiff filed a Motion for leave to proceed *in forma pauperis* ("IFP"). Dkt. #1. On May 30, 2017, the Honorable Mary Alice Theiler issued a Report and Recommendation ("R&R") recommending that Plaintiff's Motion be denied and that Plaintiff be required to pay the filing fee. Dkt. #2. Objections to that R&R were not due until June 13, 2017. However, on June 6, 2017, Plaintiff paid the filing fee, rendering Plaintiff's IFP Motion moot.

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Plaintiff's IFP application is DENIED AS MOOT.

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE - 1

(3) The Clerk shall file the complaint.

(4) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 7 day of June 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE - 2