UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CURTIS RAY HARRIS,

        Plaintiff,

v.

DON HARIG, *et al.*,

        Defendants.

Case No. C17-813RSM

MINUTE ORDER

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On September 15, 2017, Defendants filed a "Notice – Warning to Plaintiff." Dkt. #12. This Notice indicates that "defendants have made a motion for summary judgment," and advises Plaintiff as to Rule 56 of the Federal Rules of Civil Procedure. *Id*. However, Defendants **have not** filed a motion for summary judgment in this case. Instead, Defendants have filed a Motion to Dismiss under Rule 4 of the Federal Rules of Civil Procedure. Dkt. #10. Defendants' Notice could easily cause confusion for Plaintiff. Accordingly, the Court STRIKES Defendants' Notice, Dkt #12, and advises the parties to disregard its contents.

DATED this 18 day of September, 2017.

                      WILLIAM McCOOL, Clerk

                      By:    /s/ Paula McNabb
                              Deputy Clerk

MINUTE ORDER - 1